~~PROPOSED~~ ORDER/COVER SHEET

TO:       **Honorable Susan Van Keulen**       RE:   **Amanda Riley**
               **U.S. Magistrate Judge**

FROM:    **Silvio Lugo, Chief**       Docket No.:   **5:20-mj-71012-MAG-1**
               **U.S. Pretrial Services Officer**

Date:     **10/9/20**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Gustavo Rangel               (408) 535-5226

U.S. Pretrial Services Officer         **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding  District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

   **A.**

   **B.**

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

_____

**JUDICIAL OFFICER**              **DATE** October 13, 2020